JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-079-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| PHILLIP SARRO, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Renewed Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Sarro's supervised release is warranted by the conduct of Mr. Sarro and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Sarro shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 2nd day of April, 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING RENEWED MOTION
FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*U.S. v. Phillip Sarro*, CR13-079-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Presented by:
2
3  s/ *Jesse Cantor*
   Assistant Federal Public Defender
4  Attorney for Phillip Sarro
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING RENEWED MOTION
FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*U.S. v. Phillip Sarro*, CR13-079-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**